IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN A. BAKER                                                                                    PLAINTIFF

      v.                              Civil No. 10-2037

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                              DEFENDANT

## JUDGMENT

For reasons stated in a memorandum opinion of this date, we hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).  **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, an application may be filed up until thirty days after the judgment becomes "not appealable," i.e., thirty days after the sixty-day time for appeal has ended.  *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

IT IS SO ORDERED AND ADJUDGED this 4th day of March 2011.

                                                             /s/ *J. Marschewski*
                                                             HON. JAMES R. MARSCHEWSKI
                                                             CHIEF U.S. MAGISTRATE JUDGE